# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2774

_____

TRISTAN JAMAAL FAIRLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

September 5, 2018

PER CURIAM.

Appellant challenges his judgment and sentence for one count of trafficking in heroin and one count of possession of drug paraphernalia. We affirm but remand for correction of a scrivener's error in the judgment and sentence. Appellant filed a motion to correct a sentencing error pursuant to Florida Rule of Criminal Procedure 3.800(b)(2), noting there was a scrivener's error in the statutory citations for the trafficking offense. The trial court granted the motion and entered an amended judgment and sentence that corrected this error on one page but failed to correct it on another. We remand for the trial court to correct the statutory citation for the trafficking offense on page 2 of the judgment and sentence to reflect section 893.135(1)(c)1., Florida Statutes.

AFFIRMED and REMANDED.

WOLF, JAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Andy Thomas, Public Defender, and M. J. Lord, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.